AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)*  STAPLETON, WALTER K. | 2. Court or Organization  U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT | 3. Date of Report  5/15/06 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*  Senior United States Circuit Judge | 5a.  Report Type (check appropriate type)  ___ Nomination, Date ___  ___ Initial   X  Annual   ___ Final  5b.  ___ Amended Report | 6. Reporting Period  1/1/05–12/31/05 |
|---|---|---|

| 7. Chambers or Office Address  Federal Building  Lockbox 33  Wilmington, DE  19801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |
| 1  Vice-Chairman & Member Board of Directors | Buck & Doe Trust, Inc. (non-profit/conservation |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| [X] NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| DATE | SOURCE AND TYPE |
|---|---|
| [ ] NONE (No reportable non-investment income.) | |
| 1  2005 | Chester County Country Properties (real estate brokerage firm) |
| 2 | |

RECEIVED '06 JUN 14 9 38 FINANCIAL DISCLOSURE OFFICE



# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | X  NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | X  NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Wells Fargo | Mortgage on Rental Prop. Nantucket, Mass. (Pt. VII) | M |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Baxter Int'l Com. | A | Div | K | T | | | | | |
| 2 Conoco Phillips Com. | A | Div | K | T | | | | | |
| 3 JNJ Com. | A | Div | K | T | | | | | |
| 4 Kimberly Clark Com. | A | Div | K | T | | | | | |
| 5 Marathon Oil Corp. Com. | A | Div | K | T | | | | | |
| 6 Merck Com. | A | Div | K | T | | | | | |
| 7 Fed. Home Loan 3% | B | Int | K | T | | | | | |
| 8 Pepsico Com. | A | Div | K | T | | | | | |
| 9 Southern Co. Com. | A | Div | K | T | | | | | |
| 10 Cobb Co. Ga. Hosp. Bd. | A | Int | | | Sell | 2/1 | J | A | |
| 11 Allstate Com. | A | Div | K | T | | | | | |
| 12 Exxon Mobil | A | Div | K | T | | | | | |
| 13 General Electric | B | Div | K | T | | | | | |
| 14 Morgan Stanley Com. | A | Div | K | T | | | | | |
| 15 3M Com. | A | Div | L | T | Part Sell | 6/13 | K | C | |
| 16 SEI Tax Exempt Trust | A | Div | J | T | | | | | |
| 17 Allied Cap. Com. | B | Div | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |



# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| | | | L | | | | | | |
| 16 Neenah | | | | | | 6/13 | | | |
| 17 Acorn | | | | | | | | | |

| | | |
|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000 F=$50,001- $100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000 | |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less  K=$15,001-$50,000  L=$50,001- $100,000  M=$100,001-$250,000 N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000  P4=More than $50,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market U=Book value  V=Other  W=Estimated | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Perpetual Fin. Pref. | A | Div | J | T | | | | | |
| 2 Bell South Corp. Com. | B | Div | L | T | Part Sell | 6/20 | K | B | |
| 3 Duke Power Com. | B | Div | K | T | Part Sell | 6/17 | J | A | |
| 4 Nuveen Fd. | B | Div | K | T | | | | | |
| 5 Buckeye Partners | D | Int | M | T | Part Sell | 9/6 | K | B | |
| 6 Johnson & Johnson Com. | B | Div | K | T | | | | | |
| 7 Merck & Co. Com. | B | Div | K | T | | | | | |
| 8 Real Estate Ches. Co. Pa. | | None | N | Q* | | | | | |
| 9 Real Estate Nantucket, Mass. | | None | | | Sell | 5/15 | P1 | H | Susan O'Malley |
| 10 Star Banc Corp. | A | Div | L | T | | | | | |
| 11 U.S. Bancorp (formerly Firstar Corp.) | B | Div | L | T | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 *Appraisal Date 4/12/94 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 IRA | D | Div Int | N | T | | | | | |
| 2 -Alliance Gr.&Inc. B | | | | | Sell | 3/17 | M | D | |
| 3 -Alliance Prem. Gr. B | | | | | Sell | 3/17 | J | A | |
| 4 -Alliance Small Cp. Val.B | | | | | Sell | 3/17 | L | C | |
| 5 -Alliance Tech. B | | | | | Sell | 12/5 | K | B | |
| 6 -Alliance Corp. Bond B | | | | | Sell | 3/17 | L | C | |
| 7 -Alliance Bal. Wealth | | | | | Part Sell | 3/17 | J | A | |
| 8 -Street Tracks Gold Trust | | | | | Buy | 3/21 | J | | |
| 9 -iShares TS&P | | | | | Buy | 3/21 | K | | |
| 10 -iShares DJ US Util. | | | | | Buy | 3/21 | K | | |
| 11 -iShares US Healthcare | | | | | Buy | 3/21 | K | | |
| 12 -iShares FTSE Xinhua | | | | | Buy | 3/21 | K | | |
| 13 -iShares Trust - Dow J. | | | | | Buy | 3/21 | K | | |
| 14 -iShares T NASDAQ | | | | | Buy | 3/21 | K | | |
| 15 -iShares Russell 1000 Growth | | | | | Buy | 3/21 | K | | |
| 16 -Vanguard Total Market | | | | | Buy | 3/21 | K | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  -U.S. Treas. Note | | | | | Buy | 3/21 | K | | |
| 2  -Pimco Commodity Real | | | | | Buy | 6/29 | J | | |
| 3  - | | | | | Sold | 12/5 | K | B | |
| 4  -Plum Creek Timber Co | | | | | Buy | 6/29 | J | | |
| 5  - | | | | | Buy | 8/31 | J | | |
| 6  -U.S. Treas. Bill | | | | | Buy | 8/31 | J | | |
| 7  - | | | | | Redeem | 12/1 | J | A | |
| 8  -ML Bank USA RASP (money market) | | | | | Opened | 2/3 | | | |
| 9 | | | | | | | | | |
| 10  -Powershare Tr. Wilder Hill Clean Energy | | | | | Buy | 9/29 | J | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reporable income, assets, or transactions.) | | | | | | | | | |
| 1 CHESTER CO. COUNTRY PROP. PROFIT SHR PLAN | B | Div Int | | | * Rollover | 8/8 | M. | | |
| 2 -Alliance Gr. & Inc. B | | | | | Sell | 3/17 | K | C | |
| 3 -Alliance Prem. Gv. | | | | | Sell | 3/17 | K | B | |
| 4 -Franklin Temp. Euro Fd. | | | | | Sell | 3/21 | K | B | |
| 5 -Franklin Temp. Fin. Serv. Fd. | | | | | Sell | 3/21 | K | C | |
| 6 -Alliance Tech. B | | | | | Sell | 3/17 | J | A | |
| 7 -Alliance Bal. Wealth | | | | | Sell | 3/17 | J | A | |
| 8 -Alliance Exch. Reserv (money market) | | | | | Closed | 2/3 | | | |
| 9 -U.S. Treas. Inflation Notes | | | | | Buy | 3/21 | K | | |
| 10 CD Oriental Bank | | | | | Buy | 3/22 | K | | |
| 11 -CD Israel Discount Bk | | | | | Buy | 3/22 | K | | |
| 12 -U.S. Treas. Inflation Notes | | | | | Redeem | 6/29 | K | O | |
| 13 -U.S. Treas. Inflation Notes | | | | | Buy | 6/29 | K | | |
| 14 | | | | | | | | | |
| 15 *Rollover into Chester County Country Properties | | | | | | | | | |
| 16 SEP (see infra) | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |



# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 CHESTER COUNTY COUNTRY PROP. MONEY PURCHASE PENSION PLAN | C | Div Int | | | * Rollover | 8/8 | M | | |
| 2 -Alliance Gr. & Int. | | | | | Sell | 3/17 | L | D | |
| 3 -Alliance Prem. Gr. | | | | | Sell | 3/17 | J | A | |
| 4 -Alliance Biotech B | | | | | Sell | 2/28 | J | B | |
| 5 -Alliance Tech B | | | | | Sell | 3/17 | J | A | |
| 6 -Alliance Small Cap. B | | | | | Part Sell | 3/17 | K | C | |
| 7 -Alliance Bal. Wealth | | | | | Part Sell | 3/17 | J | A | |
| 8 -Alliance Exch. Reserve (money market) | | | | | Closed | 3/17 | | | |
| 9 -U.S. Treas. Inflation Note 4/15/10 | | | | | Buy | 3/21 | L | | |
| 10 -U.S. Treas. Note 3/31/06 | | | | | Buy | 3/21 | K | | |
| 11 -CD Israel Disc. BK 9/28/05 | | | | | Buy | 3/31 | K | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 *Rollover into Chester County Country Properties | | | | | | | | | |
| 15 SEP (see infra) | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes; (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |



# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 CHESTER COUNTY COUNTRY PROPERTIES SEP | C | Div Int | N | T | | | | | |
| 2 | | | | | | | | | |
| 3 -Alliance Small C p. B | | | | | Rollover | 8/8 | K | | |
| 4 -Alliance Balance Wealth | | | | | Rollover | 8/8 | L | | |
| 5 -Alliance Prem. Growth B | | | | | Rollover | 8/8 | K | | |
| 6 -Berkshire Hathaway | | | | | Buy | 10/4 | K | | |
| 7 -U.S. Treas. Note 3/31/06 | | | | | Rollover | 8/8 | K | | |
| 8 -U.S. Treas Note 5/31/06 | | | | | Buy | 9/1 | K | | |
| 9 -U.S. Treas. Inflation Note 4/15/10 | | | | | Rollover | 8/8 | M | | |
| 10 -U.S. Treas. Inflation Note 1/15/15 | | | | | Rollover | 8/8 | K | | |
| 11 -CD Oriental Bankr Trust 3/30/06 | | | | | Rollover | 8/8 | K | | |
| 12 ML Bank USA RASP | | | | | Rollover | 8/8 | K | | |
| 13 CD Israel Discount BK 9/28/05 | | | | | Rollover | 8/8 | K | | |
| 14 - | | | | | Redeem | 9/28 | K | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 T Rowe Price Sci. & Tech. Fd | | None | J | T | | | | | |
| 2 Franklin Euro. Fd. C | A | Div | | | sell | 3/21 | K | B | |
| 3 Exxon Com. | A | Div | J | T | | | | | |
| 4 Kate Partners LP | | None | K | T | | | | | |
| 5 9.5/120 Interest in ████ partnership | A | Rent | L | Q* | | | | | |
| 6 Acorn II LP | A | Div | M | T | | | | | |
| 7 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 *See Sec. VIII, ¶ 1 Appraisal Date 1/15/98 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes; (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |



# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Real Estate Hancock Co. ME (2001 280,000) | | None | 0 | R | | | | | |
| 2 Gen. Elec. Com | A | Div | K | T | Buy | 6/17 | J | | |
| 3 SEI Tax Exempt Trust | A | Div | J | T | | | | | |
| 4 U.S. Treas. Note 11/15/07 | C | Int | L | T | | | | | |
| 5 U.S. Treas. Note 9/15/08 | C | Int | L | T | | | | | |
| 6 Cadbury Schwepps Com. | A | Div | K | T | | | | | |
| 7 Conagra Foods Com. | A | Div | | | Sell | 9/6 | K | A | |
| 8 Kimberly Clark Com. | A | Div | K | T | | | | | |
| 9 Cincinnati Fin. Corp. Com. | A | Div | K | T | | | | | |
| 10 St. Paul Companies Com. | A | Div | K | T | | | | | |
| 11 SEI Investments | A | Div | K | T | | | | | |
| 12 EMC Corp. Mass. Com. | | None | K | T | | | | | |
| 13 Intel Com. | A | Div | K | T | | | | | |
| 14 Colgate Palmolive | A | Div | K | T | | | | | |
| 15 Medtronics | A | Div | K | T | | | | | |
| 16 Vasomedical | | None | J | T | | | | | |
| 17 MBNA | A | Div | | | Sell | 9/6 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |



# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Alltell | A | Div | K | T | | | | | |
| 2 Neenah Paper | | None | | | Sell | 6/17 | J | A | |
| 3 Duke Realty | A | Div | K | T | Buy | 9/6 | K | | |
| 4 I shares MSCI Em. Mark. | A | Div | K | T | Buy | 9/6 | J | | |
| 5 I shares MSCI Japan | A | Div | K | T | Buy | 9/6 | K | | |
| 6 I shares MSCI Pacific Ex. | A | Div | K | T | Buy | 9/6 | K | | |
| 7 Rayonier, Inc. | A | Div | K | T | Buy | 6/17 | K | | |
| 8 Stericycle, Inc. | | None | K | T | Buy | 6/17 | K | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |



# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/06 |

## VII.  Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children.  See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 CMA Pa. Mun. (money market) | B | Int | L | T | buy | 9/28 | O | | |
| 2 CD Fremont Invt. | B | Int | L | T | buy | 9/6 | L | | |
| 3 CD Countrywide BK | B | Int | L | T | buy | 8/29 | L | | |
| 4 CD Columbian BK | B | Int | L | T | buy | 8/29 | L | | |
| 5 CD One BK | B | Int | L | T | buy | 8/31 | L | | |
| 6 U.S. Treas. Note | B | Int | M | T | buy | 8/17 | M | | |
| 7 Phil. Pa. Sch. Dist. Bd. | B | Int | L | T | buy | 9/21 | L | | |
| 8 Blueridge Sch. Dist. Bd. | A | Int | K | T | buy | 9/27 | K | | |
| 9 Reading Pa. Nts. | C | Int | L | T | buy | 9/27 | T | | |
| 10 Bucks Co. Wtr.&Swr. Bd. | C | Int | L | T | buy | 10/18 | L | | |
| 11 Perkiomen Sch. Dist. Bd. | B | Int | K | T | buy | 9/27 | K | | |
| 12 West Shore Sch. Dist. Bd. | A | Int | K | T | buy | 10/12 | K | | |
| 13 ML Bank USA (money market) | B | Int | L | T | buy | 8/3 | L | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |



# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stapleton, Walter K. | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Sigma Aldrich | A | Div | K | T | buy | 6/13 | K | | |
| 2 Stericycle | | None | K | T | buy | 6/13 | K | | |
| 3 Kinder Morgan Energy | B | Div | K | T | buy | 6/14 | K | | |
| 4 CMA Pa. Municipal (money market) | B | Int | L | T | open | 7/28 | G | | |
| 5 CD Fremont Invt. | C | Int | L | T | buy | 9/6 | L | | |
| 6 CD Countrywide Bank | C | Int | L | T | buy | 8/29 | L | | |
| 7 CD Columbian Bk. | C | Int | L | T | buy | 8/29 | L | | |
| 8 U.S. Treas. Note | B | Int | M | T | buy | 8/17 | M | | |
| 9 Phil. Sch. Dist. Bd. | B | Int | L | T | buy | 9/21 | L | | |
| 10 Blue Ridge Sch. Dist. Bd. | J | Int | K | T | buy | 9/27 | K | | |
| 11 Del. Valley Sch. Dist. Bd. | J | Int | K | T | buy | 9/6 | K | | |
| 12 Reading Pa. NTS | C | Int | L | T | buy | 9/27 | L | | |
| 13 Perkiomen Sch. Dist. Bd. | B | Int | K | T | buy | 9/27 | K | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stapleton, Walter K. | 5/15/06 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

The ███████ partnership owns three tracts of timberland in Randolph County, Georgia.  I am a general partner.  My total interest is 9.5/120th. Partnership income is derived from hunting leases and the sale of timber.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signatu███████████████████████████     Date ___June 8, 2006___

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544